

**FILED**

Sep 04 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ nataliep  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '19 CR3400 AJB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Sec. 846, 841(a)(1) and (b)(1)(E) - Conspiracy to Distribute a Controlled Substance; Title 21, U.S.C., Sec. 853(a) - Criminal Forfeiture |
| MICHAEL COULBOURN, | |
| Defendant. | |

The United States Attorney charges:

COUNT 1

From on or about 2015 to on or about March 2, 2019, in the Southern District of California and elsewhere, the defendant, Michael Coulbourn, did knowingly and intentionally conspire, combine, confederate and agree with others known and unknown to distribute ketamine, a Schedule III controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(E).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

1. The allegation contained in Count 1 above is realleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offense alleged in Count 1 of this Information, said violation being punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant MICHAEL COULBOURN shall, upon conviction, forfeit to the United States all his right, title and interest in any and all property constituting or derived from any proceeds he obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this Information.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: August 12, 2019.

ROBERT S. BREWER, JR.
United States Attorney

ROBERT CIAFFA
Assistant U.S. Attorney